IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRENE RODRIGUEZ, individually and as parent and legal guardian of A.R. and B.R., | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-cv-00045-D |
| SOUTHERN HEALTH PARTNERS, INC. d/b/a SHP VISTA HEALTH MANAGEMENT, INC.; NAVARRO COUNTY; LINDA HULLETT, and DR. GRADY SHAW; | § § § § § § § | |
| *Defendants.* | § | |

## ORDER DISMISSING DEFENDANT NAVARRO COUNTY, TEXAS

**CAME ON** this day for consideration, Motion to Dismiss of Defendant Navarro County, Texas. The Court, after considering such Motion, any response thereto, and the pleadings in this case, is of the opinion that such Motion should be **GRANTED**. It is therefore,

**ORDERED** that the Motion to Dismiss of Defendant Navarro County, Texas is hereby **GRANTED**, it is further,

**ORDERED** that Plaintiffs' claims against Defendant Navarro County, Texas are hereby dismissed with prejudice to refiling.

This is a Final Judgment.

SIGNED this the _____ day of March, 2020.

_____
Presiding Judge