IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. **Civil Action number**: 3:20-CV-00045-D

2. **Style of case**: Irene Rodriguez Individually & As Parent and Legal Guardian of A.R., a minor & Maria Antonia Santo As Representative of the Estate of B.R. Deceased minor v. Southern Health Partners, Inc., Linda Hullett LVN, and Grady Shaw M.D.

3. **Nature of suit**: 1983

4. **Method of ADR used**: Mediation

5. **Date ADR session was held**: 4-16-24

6. **Outcome of ADR** *(Select one)*: Continuing to work with parties to reach settlement. *The mediator Joel Steed believes there was significant progress made during his mediation. This was the second mediation as another mediator, Michael Carnahan, mediated the first time. <u>Given the involvement of a minor child and the minimal liability insurance limits, the Mediator suggests a status conference among the parties and Judge Fitzwater to discuss the possible need for a Guardian Ad Litem appointment given the ongoing settlement discussions</u>.*

    ☐ Parties did not use my services.  ☐ Settled, in part, as a result of ADR.

    ☐ Settled as a result of ADR.  ☐ Parties were unable to reach settlement.

    **\***Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*

7. **What was your TOTAL fee**: $2000 per party for total payment of $4000.

8. **Duration of ADR**: 1 day plus another day preparing for mediation and following up since mediation (i.e., one day, two hours)

9. **Please list persons in attendance** (including party association, i.e., defendant, plaintiff): Plaintiff Irene Rodriguez, Plaintiff Maria Antonia Santo as Representative of the Estate of the deceased minor child, B.R., Plaintiff's counsel Don Tittle, Defendant Southern Health Partners employer of employee Linda Hullett LVN through General Counsel Ms. Shira Crittenden; Ryan Cleary for Beazley Insurance Company (insurer for Defendant

Southern Health Partners and employees), Defense counsel Frank Alvarez and Wendy McMillon for all Defendants, and Charlie Moore for ProAssurance (insurer for Defendant Grady Shaw M.D.).

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. **Provider information**:

| | |
|---|---|
| *Joel Jay Steed,* Mediator | 4-24-24_____ |
| Signature | Date |
| | |
| 1717 Main Street Suite 2950 Dallas Texas 75201 | 469-698-4200_____ |
| Address | Telephone |

**<u>Alternative Dispute Resolution Summary</u>**

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Don Tittle (Plaintiff Counsel)

Firm: Law Offices of Don Tittle

Address: 8350 N. Central Expressway Suite M1085


Phone: 214-522-8400


Name: Frank Alvarez (Defense Counsel)

Firm: Quintairos, Prieto, Wood & Boyer

Address: 1700 Pacific Avenue Suite 4545


Phone: 214-754-8755