IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRENE RODRIGUEZ, individually and as parent and legal guardian of A.R., and Maria Antonia Santos as representative of the estate of B.R., <br><br>*Plaintiffs,* <br><br>v. <br><br>SOUTHERN HEALTH PARTNERS, INC. LINDA HULLETT, and DR. GRADY SHAW, <br><br>*Defendants.* | § § § § § § § § § § § § § § § | CIV. ACTION NO. 3:20-CV-0045-D |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE**

The Agreed Motion for a Continuance of the trial in this action came for disposition on this date. Counsel for both the Plaintiffs and the Defendants, as well as the Guardian Ad Litem for minor A.R. have agreed to this motion. The Court has reviewed the representations contained in the Motion and finds that the Motion is in the interest of justice. Accordingly, the Motion is **HEREBY GRANTED**.

It is therefore **ORDERED** that:

1. The Agreed Motion to Continue the trial if this action is **GRANTED**.

2. The currently set pre-trial deadlines and trial date of June 17, 2024 are vacated.

3. The final pre-trial conference is reset to September 19, 2024 at 1:30 p.m.

4. The jury trial in this case is set for September 23, 2024 at 9:00 a.m.

SIGNED this \_\_\_3rd\_\_\_ day of \_\_\_June_____, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE – PAGE 2**